UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SANOFI-AVENTIS U.S. LLC, | : | CIVIL ACTION NO. 06-1369 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| NOVO NORDISK, INC., | : | |
| Defendant. | : | |

**THE DEFENDANT** moving to dismiss the complaint (dkt. entry no. 10); and the plaintiff now submitting a "Notice Of Voluntary Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(i)" (dkt. entry no. 27); and thus the Court intending to (1) deny the motion without prejudice as moot, and (2) dismiss the complaint under Federal Rule of Civil Procedure 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.

                                           s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge